**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case Number:** 20-16805 RAM
**Case Name:** Turbine Engine Center Inc

**Period Ending:** 03/31/22

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 09/29/21 (c)
**§341(a) Meeting Date:** 11/15/21
**Claims Bar Date:** 12/17/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Synovus Bank Operating Account 5601 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Wells Fargo Operating Account 7322<br>CLOSED IN CHAPTER 11 | 19,097.50 | 0.00 | | 0.00 | FA |
| 3 | 90 days old or less<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | . Over 90 days old<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 6,451,037.00 | 0.00 | | 0.00 | FA |
| 5 | Raw materials Engine Parts<br>ABANDONED | 9,095,999.87 | 0.00 | OA | 0.00 | FA |
| 6 | Work in progress<br>STAY RELIEF GRANTED DURING THE CHAPTER 11<br>ABANDONED | 7,122,380.01 | 0.00 | | 0.00 | FA |
| 7 | Other inventory or supplies<br>ABANDONED | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Office furniture<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 49,023.28 | 0.00 | | 0.00 | FA |
| 9 | Office fixtures<br>STAY RELIEF GRANTED DURING THE CHAPTER 11 | 73,089.60 | 0.00 | | 0.00 | FA |
| 10 | Office equipment, including all computer equipment and<br>communication systems equipment and software<br>STAY RELIEF GRANTED DURING THE CHAPTER 11<br>(see footnote) | 19,761.87 | 0.00 | | 0.00 | FA |
| 11 | Other machinery, fixtures, and equipment<br>ABANDONED<br>(see footnote) | 9,661,415.49 | 0.00 | OA | 0.00 | FA |
| 12 | 8050 NW 90th St,Medley, FL 33166 Leased | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Internet domain names and websites<br>www.turbineenginecenter.aero | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Customer lists, mailing lists, or other compilations | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Other intangibles, or intellectual property FAA License | 500,000.00 | Unknown | | 0.00 | Unknown |
| 16 | Software Licenses: See attached list $0.00 (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | East West Bank  (u)<br>FUNDS TURNED OVER FROM CHAPTER 11 ACCOUNT | 0.00 | 2,120.35 | | 2,120.35 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | East West Bank DIP Account (u) | 0.00 | 247,043.12 | | 0.00 | 247,043.12 |
| 19 | 2017 International 4300 Truck Lease<br>STAY RELIEF GRANTED | 50,380.50 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$33,042,685.12** | **$249,163.47** | | **$2,120.35** | **$247,043.12** |

Regarding Property #10   Petition Value changed from $9,308.78 to $19,761.87.
Regarding Property #11   Petition Value changed from $9,500,000.00 to $9,661,415.49.

**Major activities affecting case closing:**
CBD: 12/17/21
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11.  IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES, AND THIS CASE IS THE LEAD CASE.  THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):**  March 31, 2024         **Current Projected Date of Final Report (TFR):**  March 31, 2024

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-16805 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| **Case Name:** | Turbine Engine Center Inc | **Bank Name:** | Signature Bank |
| | | **Account:** | ******2530 - Checking |
| **Taxpayer ID#:** | ******3440 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 04/01/21 - 03/31/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/21 | Asset #17 | EAST WEST BANK CASHIERS CHECK | CLOSEOUT OF CHAPTER 11 ACCOUNT | 1290-010 | 2,120.35 | | 2,120.35 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,115.35 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,110.35 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,105.35 |
| 01/24/22 | 1001 | Miami Payroll Center | ACCOUNT NO. 2231<br>INVOICE 38181 | 2690-000 | | 105.00 | 2,000.35 |
| 01/24/22 | 1002 | Miami Payroll Center | ACCOUNT NO. 2232<br>INVOICE 38182 | 2690-000 | | 460.00 | 1,540.35 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,535.35 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,530.35 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,525.35 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,120.35 | 595.00 | $1,525.35 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,120.35 | 595.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,120.35** | **$595.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| | | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts: | | $2,120.35 | Checking # ******2530 | 2,120.35 | 595.00 | 1,525.35 |
| Net Estate: | | $2,120.35 | | $2,120.35 | $595.00 | $1,525.35 |